IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| L.C., a minor, et al. | : | No. 09cv2076 |
|    Plaintiffs | : | Judge Jones |
| | : | |
|    v. | : | |
| CENTRAL PENNSYLVANIA | : | |
| YOUTH BALLET, et al. | : | |
|    Defendants | : | |

**ORDER**
July 1, 2010

**BACKGROUND:**

On June 24, 2010 the parties agreed to Mediation Under FRCvP Rule 16.

**NOW, THEREFORE, IT IS ORDERED THAT:**

1. **Mediation.** The parties have agreed to mediation in accordance with the court annexed mediation program as provided by Local Rule 16.8.

2. **Designation of mediator.** Frank Lavery, Esquire, is designated as the mediator.

3. The mediation session shall be held at a date, time and place to be determined by the mediator.

4. The clerk is directed to send to the mediator a copy of this order.

5. The mediator shall promptly file with the court a report in the manner set forth in Local Rule 16.8.6(d).

s/ John E. Jones III
John E. Jones III
United States District Judge

-1-